IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTIANS IN THE WORKPLACE
NETWORKING GROUP,

      Plaintiff,

v.                                     No. 1:22-cv-267 DHU/KRS

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA, LLC;
ESTHER HERNANDEZ; AARON JIM;
and BIANCA HILL,

      Defendants.

### ORDER TO NOTIFY THE COURT REGARDING STATUS OF MOTION TO COMPEL (Doc. 27)

This case is before the Court sua sponte.  Plaintiff filed a Motion to Compel on October 26, 2022, and Defendants filed a response on November 9, 2022.  (Docs. 27 and 30).  Plaintiff has not filed a reply to the Motion to Compel, and the time for doing so has passed.  Plaintiff also has not filed a Notice of Completion of Briefing.  Because it is unclear whether Plaintiff wishes to pursue the Motion to Compel, the Court hereby orders Plaintiff to notify the Court in writing **by December 15, 2022** as to whether the Motion to Compel is still being briefed, is ready for ruling, or if it will be withdrawn.

                                                                     KEVIN R. SWEAZEA
                                                                     UNITED STATES MAGISTRATE JUDGE