IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTIANS IN THE WORKPLACE
NETWORKING GROUP,

      Plaintiff,

v.                                                                                      No. 1:22-cv-267 DHU/KRS

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA, LLC;
ESTHER HERNANDEZ; AARON JIM;
and BIANCA HILL,

      Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Defendants' Motion for Protective Order, (Doc. 69), filed March 8, 2023. Defendants ask the Court to: (1) bar Plaintiff from taking the deposition of Stephen Younger, which Plaintiff has noticed for March 17, 2023; (2) bar Plaintiff from deposing Defendant National Technology and Engineering Solutions of Sandia, LLC ("NTES") on topics 2 through 16 of Plaintiff's Rule 30(b)(6) deposition notice scheduled for March 16, 2023; and (3) bar Plaintiff from exceeding the allowable number of depositions in this matter. (Doc. 69) at 1; (Doc. 69-1). Defendants also filed a Notice of Non-Appearance pursuant to Local Rule 30.2, stating NTES will not appear to testify as to topics 2 through 16 in the Rule 30(b)(6) notice, and that Stephen Younger will not appear to testify at the deposition scheduled for March 17, 2023. (Doc. 71).

Considering that Defendants seek relief relating to depositions that are scheduled for March 16-17, 2023, the Court will order expedited briefing as follows:

1) Plaintiff's response to the Motion for Protective Order is due **by 12:00 p.m. (noon) Monday, March 13, 2023**; and

2) Defendants' reply, if any, is due **by 12:00 p.m. (noon) Tuesday, March 14, 2023**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE