IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Damian L. Martinez
United States Magistrate Judge

**CLERK'S MINUTES**

*Christians in the Workplace Networking Grp. v. Nat'l Tech. & Eng'g Sols. of Sandia, LLC*
1:22-cv-0267 DHU/DLM

---

**July 6, 2023**

| | |
|---|---|
| **Attorney for Plaintiffs:** | J. Michael Considine, Jr. |
| **Attorney for Defendant**: | Melissa Kountz; Samantha Hults; Chuck Vigil |
| **Proceeding**: | Pre-settlement status conference; Recorded via Liberty MARS. |
| **Start Time:** | 2:05 p.m. |
| **Stop Time:** | 2:35 p.m. |
| **Total Time:** | 30 minutes |
| **Clerk:** | DKF |

**NOTES**

- The Court greets the parties. Set this in April 2023 to talk about readiness for settlement conference. There have been several dispositive motions filed; Court asks whether any of these motions need to be resolved before there is a legitimate opportunity to participate in settlement discussions.

- Court affirms that district judge will decide the dispositive motions. Considine asserts his belief that his motion for summary judgment will be granted. He is not sure if it makes a difference if the parties wait until the motions are decided.

- Court expresses concern that parties both believe their positions are so strong that no one is willing to compromise; does not want to waste anyone's time.

- Vigil states that Defendants would appear in a good faith attempt to settle. He is willing to proceed with the settlement conference in August. He suggests that when the Court receives the confidential statements from the parties, the Court may be in a better position to decide whether the August conference will be fruitful.

- Court is confident that both parties will appear in good faith.

- Parties have not exchanged settlement demands.

- Court asks whether the discovery disputes between the parties will affect settlement. Considine does not believe that they will impede settlement.

- Court asks whether Considine anticipates asking for non-monetary relief at the settlement conference. Considine says he will ask for Defendants to reinstate the group.

- CWNG to send settlement letter by July 14; Defendants by July 21; materials to Court by July 26. Can refer to documents on the docket; please attach any excerpts from discovery. The Court confirms that position statements sent by the parties to the Court will be confidential; Plaintiff will also forward the parties' settlement demands.

- Court would like to talk to parties separately after it has received position statements. Court will contact Considine at 9:30 a.m. MDT on July 28, 2023. Court will contact Vigil at 1:30pm MDT on July 31, 2023.

- Settlement conference starts at 10:00 a.m. in Chama courtroom. Plan on at least four hours with no break for lunch.

- There being nothing further, the Court adjourns.