IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTIANS IN THE WORKPLACE
NETWORKING GROUP,

      Plaintiff,

v.                                                   No. 1:22-cv-0267 DHU/DLM

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA, LLC; ESTHER HERNANDEZ;
AARON JIM; and BIANCA HILL,

      Defendants.

## ORDER

**THIS MATTER** is before the Court on the Settlement Conference Memorandum submitted via email by Plaintiff Christians in the Workplace Networking Group (CWNG) on July 26, 2023, pursuant to the Court's Order Setting Settlement Conference. (*See* Doc. 92.)

The Order directed the parties to include: (1) a brief summary of the facts; (2) an analysis of the applicable law, including evidentiary issues; (3) strengths and weaknesses of the case; (4) status of discovery; (5) an itemization of damages or relief requested; (6) status of settlement negotiations to date; and (7) the names of those who will attend the conference and in what capacity. (*Id.* at 3–4.)

CWNG's letter does not comply with the Order's requirements. Rather, the letter appears to contain language largely copied and pasted from its stricken motion for summary judgment. (*See* Doc. 123.) Specifically, the letter does not mention evidentiary issues or the status of discovery, despite discovery motions pending in the case; the status of settlement negotiations to date; or the names of those who will attend the conference and in what capacity.

Without this information, the Court will be at a disadvantage when mediating this matter at the August 3, 2023 settlement conference. Accordingly, the Court will require CWNG to supplement its settlement letter.

**IT IS THEREFORE ORDERED** that, no later than **1:00 p.m. MDT on Thursday, July 27, 2023**, CWNG shall submit a supplemental letter to include all the required information.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE