UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

**CASE NO.** 22-CV-00267-DHU-DLM  **DATE:** 8/09/23

**TITLE:** *Christians in the Workplace Networking Group v. National Technology and Engineering Solutions of Sandia, LLC et al.*

**COURTROOM CLERK:** L. Hofstra  **COURT REPORTER:** Liberty 4:00 P.M. – 4:19 P.M.

**COURT IN SESSION:** 4:00 P.M. – 4:19 P.M.  **TOTAL TIME:** 19 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE (REMOTE)

**COURT RULING:** THE COURT GRANTS DOC. 149 AND DOC. 168

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**
J. Michael Considine, Jr.                                    Samantha M. Hults; Melissa Marie Kountz

**PROCEEDINGS:**

4:00 P.M. COURT IN SESSION. THE PARTIES ENTER THEIR APPEARANCES.

THE COURT ADDRESSES THE PARTIES REGARDING DOCUMENTS 149 AND 168. THE PARTIES PRESENT THEIR POSITIONS. THE COURT GRANTS DOCUMENTS 149 AND 168. THE COURT ADDRESSES THE PARTIES.

4:19 P.M. COURT IN RECESS.