UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CHRISTIANS IN THE WORKPLACE
NETWORKING GROUP,

    Plaintiff,

v.                                                                                  1:22-cv-00267-DHU-DLM

NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC, a wholly owned
subsidiary of Honeywell International, Inc.; ESTHER
HERNANDEZ, AARON JIM, and BIANCA HILL,

    Defendant.

## ORDER

This matter came before the Court on August 17, 2023 on the following motions:

1. Defendants Hernandez, Jim, and Hill's Motion for Dismissal Pursuant to Fed. R. Civ. 12(b)(6) (Doc. 7);

2. Motion for Leave to File Second Amended Complaint (Doc. 74);

3. Motion to Exclude Report and Testimony of Defendants' Expert Witness (Doc. 122);

4. Defendants' Motion for Summary Judgment Based on Lack of Authority and Lack of Capacity (Doc. 124);

5. Defendants' Motion for Summary Judgment on Counts Two, Three, Four, Five, Six, and Seven of Plaintiff's First Amended Complaint (Doc. 125); and

6. Defendants' Motion for Summary Judgment on Plaintiff's Claim of Religious Discrimination (Doc. 126).

At the hearing in this matter on August 17, 2023, the Court **GRANTED** the following motions: Defendants' Motion for Summary Judgment on Counts Two, Three, Four, Five, Six, and Seven of Plaintiff's First Amended Complaint (Doc. 125); Defendants' Motion for Summary Judgment on Plaintiff's Claim of Religious Discrimination (Doc. 126); and Defendants Hernandez,

Jim, and Hill's Motion for Dismissal Pursuant to Fed. R. Civ. 12(b)(6) (Doc. 7). In addition to having stated its reasons for granting these motions on the record at the hearing, the Court will issue Memorandum Opinion and Orders regarding these three motions.

The Court reserved ruling on the Motion for Leave to File Second Amended Complaint (Doc. 74). The Court will issue a Memorandum Opinion and Order regarding this motion.

Finally, in light of its prior rulings, the Court **DENIES** the following motions **AS MOOT:** Motion to Exclude Report and Testimony of Defendants' Expert Witness (Doc. 122) and Defendants' Motion for Summary Judgment Based on Lack of Authority and Lack of Capacity (Doc. 124).

**IT IS SO ORDERED.**

_____
DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE