IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTIANS IN THE WORKPLACE
NETWORKING GROUP,

    Plaintiff,

    v.                                            No. 1:22-CV-00267-DHU-DLM

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA LLC., ET AL.,

    Defendants.

## **FINAL JUDGMENT**

    The Court has entered several Memorandum Opinion and Orders dismissing the claims of Christians in the Workplace Networking Group ("Plaintiff") against National Technology and Engineering Solutions of Sandia, LLC; Esther Hernandez; Aaron Jim; and Bianca Hill ("Defendants"). This Final Judgment, in compliance with Federal Rule of Civil Procedure 58, adjudicates all existing claims and liabilities of the parties.

    IT IS HEREBY ORDERED that final judgment is entered in favor of Defendants on Plaintiff's claims, which are DISMISSED in their entirety with prejudice.

    IT IS SO ORDERED.

                                                                                          HON. DAVID HERRERA URIAS
                                                                                      UNITED STATES DISTRICT JUDGE