IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

C hristians in the Workplace Networking
Group, Plaintiff                                                : Civil Action:  1:22-cv-00267-DHU-DLM
    v.
National Technology and Engineering Solutions
of Sandia, LLC,  et al, Defendants

NOTICE OF APPEAL

Plaintiff hereby appeals to the United States Court of Appeals for the 10th Circuit from the March 28, 2024 final orders in this matter which disposed of all claims in this matter.

Date: April 25, 2023        s/J. Michael Considine, Jr., P.C.
                                  By: J. Michael Considine, Jr.
                                  1845 Walnut Street, Suite 1199
                                  Philadelphia, PA 19103
                                  564-4000
                                  adventure7@gmail.com
                                  Counsel for Plaintiff

CERTIFICATE OF SERVICE

I, J. Michael Considine, Jr., hereby certify that I filed electronically the NOTICE OF APPEAL and by doing so transmitted it to counsel of record **Charles J. Vigil. Melissa Kountz and Samantha M. Hults,  Rodey, Dickason, Sloan, Akin & Robb, P.A., 201 3rd Street, NW, Suite 2200, Albuquerque, NM 87102 and Aaron C. Viets, Sandia National Laboratories. P.O. Box 5800, MS 0141, Albuquerque, NM 87185** on the date indicated below:

Date: April 26, 2024                s/ J. Michael Considine, Jr.