UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 29, 2024

Mr. J. Michael Considine Jr.
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

**RE:** 24-2072, Christians in the Workplace Networking Group v. National Technology and Engineering Solutions, et al
Dist/Ag docket: 1:22-CV-00267-DHU-DLM

Dear Counsel/Appellant:

Your appeal has been docketed, and the appeal number is above.

**ADD IF COUNSEL IS PRO SE:** The court notes appellant is an attorney proceeding pro se. As a result, all of the rules and requirements applicable to a counseled appeal will apply in this case.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **OPTIONAL FEE PARAGRAPH: Also within 14 days**, Appellant must **pay the $605.00 filing and docketing fees** ($5.00 filing fee and $600.00 docket fee) in the district court. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

**OPTIONAL CROSS-APPEAL PARAGRAPH**: This is a cross-appeal. The appeal and cross-appeal are briefed together. The party who filed the first notice of appeal, or the plaintiff if notices were filed on the same day, is the appellant for briefing purposes. See Fed. R. App. P. 28.1(b).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Samantha M Hults
      Melissa Marie Kountz
      Charles J. Vigil

CMW/klp